# EXHIBIT B

P. 6

**2022   21262**

Harris County
{Civil *court*}

**FILED**
Marilyn Burgess
District Clerk

APR 07 2022
Time: _4:31 PM_
Harris County, Texas
By _T. Collins_
Deputy

Iris Collins

{Crystal Moore} ,                    §        IN THE DISTRICT COURT

Plaintiff,                           §

                                     §

v.                                   §        OF { _Harris_}   COUNTY, TEXAS

                                     §

{The State Of   Louisiana, The Casey Family Program, §
Gloria Cooper, Dorothy Ledoux, And Alice Diane
Jones} ,

Defendant.                           §        269th

                                              {Civil_}  JUDICIAL DISTRICT

{ *Harris County CourtHarris*}

IN THE COUNTY COURT

OF { Harris_____}   COUNTY, TEXAS

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging.

| | | |
|---|---|---|
| { *Crystal Moore* } , | § | IN THE COUNTY COURT AT LAW |
| Plaintiff, | § | |
| | § | |
| v. | § | OF { _Harris____ }   COUNTY, TEXAS |
| | § | |
| { *The State Of Louisiana, The Casey Family Program, Gloria Cooper, Dorothy Ledoux, And Alice Diane Jones* } , | § | |
| Defendant. | § | COUNTY COURT AT LAW |
| | § | NO. {1 } |

{ *Civil court*}

PLAINTIFF'S ORIGINAL PETITION { *STATE ADDITIONAL RELIEF REQUESTED IF APPROPRIATE*}

Plaintiff, { *Crystal Moore*} , files this original petition   against defendant, {The State Of Louisiana, The Casey Family Program, Gloria Cooper, Dorothy Ledoux, And Alice Diane Jones} , and alleges as follows:

1. Plaintiff (Crystal Moore) intends to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.2 and affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169.

**CLAIM FOR RELIEF**

1. Plaintiff seeks $ One Million Dollars Restitution

**PARTIES**

3. { *Plaintiff*} *Crystal Moore*

4. {Defendant} The State Of Louisiana, The Casey Family Program, Gloria Cooper, Dorothy Ledoux, Alice Diane Jones

**JURISDICTION**

**Harris County**

**VENUE**

6. { *Plead venue Harris County*}

**FACTS**

7. On {January 11,1994} , at {East Baton rouge Parish Court} , { East } Baton Rouge, La {The State OF Louisiana issued The Casey Family Program, custody of The Listed Minors Crystal Moore,Troy Moore, Sedrick Moore ,Brittany Moore,And Melissa Moore Under False Representation, Illegal And False Adoption Paperwork Provided From Gloria Cooper, Dorothy Ledoux,And Alice Diane Jones, Which Resulted In The Physical, Emotional ,Educational ,And Medical Neglect of all Listed Children

**COUNT 1—Medical, Physical, Emotional, And Educational Neglect**

Death Of Troy Moore Due To Medical Neglect

Death Of Sedrick Moore Due To Medical Neglect

Disabled {Legally Blind} Crystal Moore Due to Medical Neglect

10. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court in The Amount Of   $1,000,000

**11. Exemplary damages.**

Plaintiff's injury resulted from defendant's gross negligence, malice, or fraud, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

**12. Attorney fees.**

Plaintiff is Requesting All Court And Attorney Fees To Be Paid By Listed Defendants

**COUNT 2—{Mismanagement Of Funds And Welfare Of Listed Plantiff}**

**EQUITABLE RELIEF**

14. Plaintiff seeks {$1,000,000 } One Million Dollars

**JURY DEMAND**

15. Plaintiff demands a jury trial with this petition.

**CONDITIONS PRECEDENT**

16. All conditions precedent to plaintiff's claim for relief have been performed

**OBJECTION TO ASSOCIATE JUDGE**

17. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

**PRAYER**

18. For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

Death Of Troy Moore Due To Medical Neglect

Death Of Sedrick Moore Due To Medical Neglect

Disabled {Legally Blind} Crystal Moore Due to Medical Neglect

10. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court in The Amount Of   $1,000,000

**11. <u>Exemplary damages.</u>**

Plaintiff's injury resulted from defendant's gross negligence, malice, or fraud, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a).

**12. <u>Attorney fees.</u>**

Plaintiff is Requesting All Court And Attorney Fees To Be Paid By Listed Defendants

**COUNT 2—{Mismanagement Of Funds And Welfare Of Listed Plantiff}**

**EQUITABLE RELIEF**

14. Plaintiff seeks {$1,000,000 } One Million Dollars

**JURY DEMAND**

15. Plaintiff demands a jury trial with this petition.

**CONDITIONS PRECEDENT**

16. All conditions precedent to plaintiff's claim for relief have been performed

**OBJECTION TO ASSOCIATE JUDGE**

17. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

**PRAYER**

18. For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

1.The Sum Of, One Million Dollars :

a.    Actual damages.

b.    Pain And Suffering

c. Exemplary damages

d. Prejudgment and postjudgment interest.

e. Court costs

f. Attorney Fees

g. All other relief to which plaintiff is entitled.

Crystal Moore

Crystal Moore

832 - 994 - 3645

Crystalmoore2011@yahoo.com

5718 Fairview Forest Dr.

Houston, Tx 77089

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2 0 2 2 _ 2 1 2 6 2** COURT *(FOR CLERK USE ONLY):* 269th

STYLED Crystal Moore V. The State Of Louisiana, Casey Family Program, Gloria Cooper, Dorothy Ledoux,and Diane Jones

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| **Name:**<br><br>Crystal Moore | **Email:**<br><br>crystalmoore2011@yahoo.com | **Plaintiff(s)/Petitioner(s):**<br><br>Crystal Moore, Melissa Moore,<br><br>and Wilbert Moore | ☐ Attorney for Plaintiff/Petitioner<br>☒ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☒ Other: Self |
| **Address:**<br><br>5718 Fairview Forest dr | **Telephone:**<br><br>8329943645 | | **Additional Parties in Child Support Case:** |
| **City/State/Zip:**<br><br>Houston, Texas 77088 | **Fax:** | **Defendant(s)/Respondent(s):**<br><br>Casey Family Program, State Of<br><br>Louisiana,Gloria V. Cooper, | **Custodial Parent:**<br>Casey Family Program<br><br>**Non-Custodial Parent:**<br>State of Louisiana |
| **Signature:**<br><br>Crystal Moore *(Digitally signed by Crystal Moore Date: 2022.04.06 11:45:06 -05'00')* | **State Bar No:** | Diane Jones, And Dorothy Ledoux<br><br>*[Attach additional page as necessary to list all parties]* | **Presumed Father:**<br>Wilbert Moore |

**2. Indicate case type, or identify the most important issue in the case** *(select only 1):*

|  | Civil | | | Family Law | |
|---|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☒ Fraud/Misrepresentation<br>☐ Other Debt/Contract: | ☒ Assault/Battery<br>☐ Construction<br>☒ Defamation<br>*Malpractice*<br>☐ Accounting<br>☒ Legal<br>☒ Medical<br>☒ Other Professional | ☐ Eminent Domain/<br>   Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☒ Other Property:<br>   oil,gas,mineral | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☐ With Children<br>☐ No Children | | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other |
| *Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise | Liability:<br>   Educational<br>☐ Motor Vehicle Accident<br>☐ Premises | **Related to Criminal<br>Matters** | **Other Family Law** | | **Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order |
| ☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☒ Other Contract:<br>   (inheritance) | *Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>   List Product:<br><br>☐ Other Injury or Damage: | ☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>   Pre-indictment<br>☐ Other: | ☐ Enforce Foreign<br>   Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>   of Minority<br>☒ Other:<br>   disabled | | **Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>   Termination<br>☐ Child Protection<br>☐ Child Support<br>☒ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>   Rights<br>☐ Other Parent-Child: |
| **Employment** | **Other Civil** | | | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>   Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☒ Other: (inherit) | **FILED**<br>Marilyn Burgess<br>District Clerk | | |
| **Tax** | | **Probate & Mental Health** | | | |
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☒ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☒ Other Estate Proceedings | ☐ Guardianship—Adult **Time:**<br>☐ Guardianship—Minor<br>☒ Mental Health<br>☐ Other: | APR 07 2022<br>Harris County, Texas<br>By I. Collins<br>Deputy I. Collins | | |

**3. Indicate procedure or remedy, if applicable** *(may select more than 1):*

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☒ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☒ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought** *(do not select if it is a family law case):*

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☒ Over $1,000,000

Rev 2/13

P.3

Exhibit A

1073

Yahoo Mail

IMG_4928.jpg

Page 1 of 2

Download

500ft

mapbox

| Address | Est Dates |
| --- | --- |
| ⊕ 13145 HIGHWAY 76 MARINGOUIN, LA 70757 | 1967 - 2007 |
| ⊕ 702 PAULFOR ST BAKER, LA 70714 | 2007 - 2007 |
| ⊖ 260 HIGHWAY 1011 NAPOLEONVILLE, LA 70390 | 2012 - 2007 |

| | |
| --- | --- |
| **Owner** | BIG DS ENTERPRISES LLC |
| **Purchase Price** | $10,000 |

Exhibit
A

2 of 3

Yahoo Mail

Page 2 of 2

| | |
|---|---|
| **Inactive Action Date** | 2012-04-09 |
| **Inactive Date** | 2012-04-09 |
| **Inactive Effective Date** | 2012-04-09 |
| **Inactive Reason** | DISSOLVED |
| **Parish** | IBERVILLE |

Sent from Yahoo Mail for iPhone

Exhibit A        3073

Yahoo Mail                                                                 Page 2 of 2

**Estimated End      02/2012**

# Assumption Parish Recording Page

**Darlene D. Landry**
**Clerk of Court**
PO Box 249
4809 Highway One
Napoleonville, LA  70390
(985) 369-6653

**Received From :**
TRICHE LAW OFFICE
PO DRAWER 339
NAPOLEONVILLE, LA  70390

**First VENDOR**

RR LOUISIANA PROPERTY LLC

**First VENDEE**

BIG DS ENTERPRISES LLC

| | |
|---|---|
| Index Type : Conveyances | File Number : 226745 |
| Type of Document : Cash Sale | |
| | Book : 268    Page : 226 |
| Recording Pages : 8 | |

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Assumption Parish, Louisiana

On (Recorded Date) : 02/22/2007

At (Recorded Time) : 11:16:02AM



Deputy Clerk

Doc ID - 000905400008

**Return To :**
TRICHE LAW OFFICE
PO DRAWER 339
NAPOLEONVILLE, LA  70390

Do not Detach this Recording Page from Original Document

# CASH SALE

**STATE OF LOUISIANA**

**PARISH OF ASSUMPTION**

**BE IT KNOWN,** that on this 22nd day of *February*, 2007, before the undersigned Notary Public, duly commissioned and qualified and in and for the aforementioned state and parish and in the presence of the witnesses hereinafter named and undersigned:

**PERSONALLY CAME AND APPEARED:**

RR LOUISIANA PROPERTY, L.L.C. (Tax ID #20-8455012), a Louisiana Limited Liability Company, domiciled in the Parish of East Baton Rouge, City of Baton Rouge, Louisiana, whose present mailing address is c/o CT Corporation, 8550 United Plaza Boulevard, Baton Rouge, Louisiana 70809; represented herein by HARRY J. KEMBER, JR., as its duly elected Agent/Attorney-in-fact, pursuant to Special Resolution and Unanimous Written Consent of RR Louisiana Property, LLC, attached hereto and made a part hereof;

hereinafter designated as **"VENDOR"**, (whether one or more, male or female), who declared that for the consideration and upon the terms and conditions hereinafter expressed, said vendors have bargained and sold, and does by these presents grant, bargain, sell, assign, transfer, deliver and abandon and set over under all lawful warranties and with substitution and subrogation to all rights and actions of warranty against all preceding owners and vendors, unto:

BIG D's ENTERPRISES, L.L.C. (Tax I.D. #35-2286256), herein represented by its Operating Manager, DAVID M. ALBERES, pursuant to Special Resolution attached hereto and made a part hereof, resident of the Parish of Assumption, State of Louisiana, whose present address is 6776 Highway 996, Belle Rose, Louisiana 70341;

hereinafter jointly designated as **"PURCHASER"**, (whether one or more, male or female), here present, accepting and purchasing and acknowledging delivery and possession of the following described property, to-wit:

*Three (3) certain lots of ground situated in the Parish of Assumption, State of Louisiana and being identified as LOTS 3, 4 & 5 of HIMALAYA PLANTATION SUBDIVISION ADDENDUM NO. 1, pursuant to survey plat entitled "Himalaya Plantation Subdivision Addendum No. 1 for Altfuels Corporation located in Section 10, T14S-R14E, Assumption Parish, Louisiana", prepared by Harold J. Terracina, Registered Land Surveyor, dated 09/25/2005, and duly recorded under Entry No. 224494, Assumption Parish, Louisiana, referenced herein for greater accuracy of description.*

*Said Lots 3, 4 & 5 of Himalaya Plantation Subdivision Addendum NO. 1 being more particularly described as follows, to-wit:*

*LOT NO. 3:        Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 2 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and on the West by Lot No. 4 of said subdivision.*

### ACQUISITIONS:

*Being a portion of the same property acquired by RR Louisiana Property, LLC from Altfuels Corporation per Sale with Assumption of Judicial Mortgages dated February 16, 2007 and duly recorded in COB 268, Page 81, under Entry No. 226718 and in MOB 329, Page 347, under Entry No. 226719 of the Conveyance and Mortgage Records of the Parish of Assumption, State of Louisiana*

*Being a portion of the same property acquired by Altfuels Corporation from Supreme Sugar Company, Inc., per Cash Sale dated January 9, 1998 and duly recorded in COB 204, Page 703, under Entry No. 185865 of the Conveyance Records of the Parish of Assumption, State of Louisiana.*

*Being a portion of the same property acquired by Supreme Sugar Company, Inc. (formerly J. Aron & Company, Inc.) from Jewell S. Simmons, Trustee, by Act of Sale dated June 20, 1933 and duly recorded at COB 66, Page 523, under Entry No. 7354; and by Act of Sale from Mrs. Mary Cook Sundbery, dated October 29, 1938 and duly recorded at COB 72, Page 471, under Entry No. 13391 of the Conveyance Records of the Parish of Assumption, State of Louisiana.*

This present sale and conveyance is made and accepted for and in consideration of the price and sum of **THIRTY THOUSAND AND NO/100 ($30,000.00) DOLLARS,** lawful current money of the United States of America, which amount the said purchaser has paid in ready CASH, receipt of which is hereby acknowledged by the vendor, and full discharge and acquittance granted therefore.

All the agreements and stipulations herein contained, and all the obligations herein assumed shall inure to the benefit of and be binding upon the heirs, successors, and assigns of the respective parties hereto.

**THUS DONE AND PASSED** in the Parish/County and States aforesaid, in the presence of the undersigned, competent witnesses, who have hereunto signed their names on the days, month and year first above written.

WITNESSES:

_____
TAMMY LANDRY

_____
ANNE M. DAIGLE

RR LOUISIANA PROPERTY L.L.C.

BY:_____
HARRY J. KEMBER, JR., Agent/Attorney-In-Fact

BIG D's ENTERPRISES, LLC

BY:_____
DAVID M. ALBERES, Operating Manager

_____
RICHARD G. PERQUE, NOTARY PUBLIC
Bar Roll No. 30669

## SPECIAL RESOLUTION OF

# BIG D's ENTERPRISES, L.L.C.

At a special meeting of the Members of **BIG D's ENTERPRISES, L.L.C.,** held on the 22 day of February , 2007, at its domicile, after due notice, with all members present and voting, the following resolution was adopted unanimously:

BE IT RESOLVED that **DAVID M. ALBERES,** Operating Manager, and **CINDY L. ALBERES,** duly elected Secretary of **BIG D's ENTERPRISES, L.L.C.,** at their sole discretion, be authorized and empowered for and on behalf of this limited liability company, to purchase the following described property from RR Louisiana Property, L.L.C. and to execute a Louisiana Multiple Indebtedness Mortgage in favor of Community Bank for financing said purchase, to-wit:

*Three (3) certain lots of ground situated in the Parish of Assumption, State of Louisiana and being identified as LOTS 3, 4 & 5 of HIMALAYA PLANTATION SUBDIVISION ADDENDUM NO. 1, pursuant to survey plat entitled "Himalaya Plantation Subdivision Addendum No. 1 for Altfuels Corporation located in Section 10, T14S-R14E, Assumption Parish, Louisiana", prepared by Harold J. Terracina, Registered Land Surveyor, dated 09/25/2005, and duly recorded under Entry No. 224494, Assumption Parish, Louisiana, referenced herein for greater accuracy of description.*

*Said Lots 3, 4 & 5 of Himalaya Plantation Subdivision Addendum NO. 1 being more particularly described as follows, to-wit:*

*LOT NO. 3:         Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 2 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and on the West by Lot No. 4 of said subdivision.*

*LOT NO. 4:         Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 3 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and West by Lot No. 5 of said subdivision.*

*LOT NO. 5:         Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 4 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and West by Lot No. 6 of said subdivision.*

*ACQUISITIONS:*

*Being a portion of the same property acquired by RR Louisiana Property, L.L.C. from Altfuels Corporation per Sale with Assumption of Judicial Mortgages, duly recorded on February 16, 2007 in COB 268, Page 81, under Entry No. 226718 and in MOB 329, Page 347, under Entry No. 226719 of the Conveyance and Mortgage Records of the Parish of Assumption, State of Louisiana.*

*Being a portion of the same property acquired by Altfuels Corporation from Supreme Sugar Company, Inc., per Cash Sale dated January 9, 1998 and duly*

THOUSAND AND NO/100 ($30,000.00) DOLLARS and said Louisiana Multiple Indebtedness Mortgage being for the sum of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS; said Operating Manager, David M. Alberes, being fully authorized to sign and execute on behalf of this limited liability company the Louisiana Multiple Indebtedness Mortgage in favor of Community Bank, Napoleonville, Louisiana, and the Cash Sale from RR Louisiana Property, L.L.C. for purchase of the above property and to do all other things that might be necessary in connection therewith.

## CERTIFICATE

I, the undersigned, Secretary for BIG D's ENTERPRISES, L.L.C., do hereby certify that the above and foregoing is a true and correct copy of a resolution taken from the minutes of a meeting of the Board of Directors of BIG D's ENTERPRISES, L.L.C., held at the domicile of the limited liability company, at which all members were present and voting, on the 22 day of _Tebruary_____, 2007.

BIG D's ENTERPRISES, L.L.C.

BY: _Cindy L. Alberes_____

CINDY M. ALBERES, Secretary

**SPECIAL RESOLUTION AND UNANIMOUS WRITTEN CONSENT OF
MANAGER AND SOLE MEMBER OF**

**RR LOUISIANA PROPERTY, LLC**

At a special meeting of the Manager and Sole Member of RR LOUISIANA PROPERTY, LLC, held on the _15_ day of February 2007, at its domicile, after due notice, the following resolution was adopted unanimously:

BE IT RESOLVED that HARRY J. KEMBER, JR., duly elected Agent/Attorney-in-Fact of RR LOUISIANA PROPERTY, LLC at his sole discretion, be authorized and empowered for and on behalf of this corporation, to sell to Big D Enterprises, LLC the following described property, to-wit:

Three (3) certain lots of ground situated in the Parish of Assumption, State of Louisiana and being identified as LOTS 3, 4 & 5 of HIMALAYA PLANTATION SUBDIVISION ADDENDUM NO. 1, pursuant to survey plat entitled "Himalaya Plantation Subdivision Addendum No. 1 for Altfuels Corporation located in Section 10, T148-RI4E, Assumption Parish, Louisiana prepared by Harold J. Terracina, Registered Land Surveyor, dated 09/25/2005, and duly recorded under Entry No. 224494, Assumption Parish, Louisiana, referenced herein for greater accuracy of description.

Said Lots 3,4 & 5 of Himalaya Plantation Subdivision Addendum NO. 1 being more particularly described as follows, to-wit:

LOT NO. 3:          Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 2 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and on the West by Lot No. 4 of said subdivision.

LOT NO. 4          Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 3 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and West by Lot No. 5 of said subdivision.

LOT NO. 5:          Bounded in front or South by Louisiana State Highway No. 1011; East or toward Bayou Lafourche by Lot No. 4 of said subdivision; in the rear or North by remaining property of Altfuels Corporation and West by Lot No. 6 of said subdivision.

ACQUISITIONS:

Being a portion of the same property acquired by RR Louisiana Property, L.L.C. from Altfuels Corporation, per Sale with Assumption of Judicial Mortgages dated February 15, 2007 and duly recorded in COB 268, Page 81, under File No. 226718 of the Conveyance Records and MOB 329, Page 347, File No. 226719 of

the Parish of Assumption, State of Louisiana.

Being a portion of the same property acquired by Altfuels Corporation from Supreme Sugar Company, Inc., per Cash Sale dated January 9, 1998 and duly recorded in COB 204, Page 703, under Entry No. 185865 of the Conveyance Records of the Parish of Assumption, State of Louisiana.

Being portion of the same property acquired by Supreme Sugar Company, Inc. (formerly J. Aron & Company, Inc.) from Jewell S. Simmons, Trustee, by Act of Sale dated Juno 20, 1933 and duly recorded at COB 66, Page 523, under Entry No. 7354 and by Act of Sale from Mrs. Mary Cook Sundbery, dated October 29, 1938 and duly recorded at COB 72, Page 471, under Entry No. 13391 of the Conveyance Records of the Parish of Assumption, State of Louisiana.

Said selling price of the above described property will be for THIRTY THOUSAND AND NO/100 ($30,000.00) DOLLARS, said Attorney/Agent-in-Fact, Harry J. Kember, Jr. being fully authorized to sign and execute on behalf of this corporation the Cash Sale to BIG D ENTERPRISES, LLC, for the above described property and to sign and execute any other documents to effectuate the subdivision of the property and to authorize payment of expenses of sale and preparation of the property for sale and further authorizing application of the funds to the secured lienholders as agreed.

CERTIFICATE

We, the undersigned Manager and Sole Member of RR LOUISIANA PROPERTY, LLC, does hereby certify that the above foregoing is a true and correct copy of a resolution taken from the minutes of a meeting of the Manager and Sole Member of RR LOUISIANA PROPERTY, LLC, held at the domicile of the limited liability company, at which the sole member was present and voting on the _____ day of February, 2007.

CLAUS WAGNER-BARTAK, Manager

RED REEF LABORATORIES
INTERNATIONAL, INC., Sole Member
By:
Claus Wagner-Bartak, President

## RESOLUTION OF THE BOARD OF DIRECTORS
## OF RED REEF LABORATORIES INTERNATIONAL, INC.

At a special meeting of the board of directors of Red Reef Laboratories International, Inc., held this ⁄⁄ day of February, 2007, at its domicile, after due notice, the following resolution was adopted:

BE IT RESOLVED, that Claus Wagner-Bartak, the president of this Corporation, is hereby authorized and directed to enter into the above and foregoing on behalf of the Corporation as sole member of RR Louisiana Property, L.L.C.

Secretary Peter Versace

**ATTEST:**

Claus Wagner-Bartak



FACTORY SITE

HIME-LAYA PLANTATION

ASSUMPTION PARISH, LA.

EMBRACING 26.08 ACRES

Scale 100 ft to 1 in.   June 10, 1935.

J. A. LOVELL, C. E.

Thibodaux, La.

7354

106- x84

## STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

*Official Certificate*

BE IT KNOWN, That by virtue of a License from the Clerk of the District Court in and for said Parish of East Baton Rouge, dated _January 30_, 19_50_, I have celebrated the rites of matrimony between _Gilbert Ventress_ and _Edith Honore_ parties named in said License, on this _12th_ day of _February_, 19_50_ in said Parish in presence of three lawful witnesses.

In testimony whereof, witness the signatures of the said parties, three witnesses and my official signature, made on the date named herein.

WITNESSES:

_Edward S Honore_

_Dorothy Honore_

_Martin Honore_

PARTIES AND OFFICER:

_Gilbert Ventress_

_Edith Honore_

_Rev. G. Dorval Pastor_

_St. George Church B.R. La._

N. B.—THIS CERTIFICATE MUST BE RETURNED TO THE CLERK'S OFFICE WITHIN TEN DAYS AFTER MARRIAGE.

Returned and Filed _February 18, 1950_

_Violet Wall_

Conveyance Book /84 Entry 298
Iberville Parish, Louisiana

P.2

## D O N A T I O N

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BE IT KNOWN, That on this 29th day of May, 1969,

Before Me, Vanue B. Lacour, a Notary Public, duly commissioned

and qualified, in and for the Parish of East Baton Rouge, State

of Louisiana, therein residing, and in the presence of the wit-

nesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED: DAVID M. DANDRIDGE,

a single man, domiciled in Los Angeles County, California, who

declared that in consideration of the love and affection which

he bears for his cousin, GILBERT VENTRESS, of full age, domiciled

in Iberville Parish, Louisiana, and for the hereinafter mentioned

obligation of the donee, he does hereby give, donate and deliver

unto said Gilbert Ventress the following described property:

A portion of that certain parcel of land
lying in the Parish of Iberville, Louisiana,
on the East side of Bayou Maringouin, con-
tained three acres, more or less, bounded
North, South and East By Mound Plantation,
and front or West by Bayou Maringouin.

The portion herein donated being the south-
west corner of the aforesaid parcel and
fronting 50 feet along west line of the
property by a depth of 100 feet between
parallellllines; being a portion of the pro-
perty acquired by Leora Laford Dandridge
and Viola Laford Beard by Act recorded in
C. B. 171, Entry 44, Records of Iberville

the Donee maintaining, preserving and keeping clean the grave and grave sites of Donor's mother, Leora Laford Dandridge and aunt Viola Laford Beard.

The parties estimate the value of the donated property to be $500.00.

THUS DONE AND PASSED, at my office in East Baton Rouge Parish, in the presence of the subscribing witnesses on the date first above written.

WITNESSES:

_Lillie B. Lewis_

_Virginia A. Cummings_

_David M Dandridge_
Donor

_Gilbert Montross_
Donee

_Vamie B. Lacour_
Notary Public



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2 0 2 2   2 1 2 6 2    Request for Issuance of Service
**CURRENT COURT:** _269th_

Name(s) of Documents to be served: _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _Alice Diane Jones_

**Address of Service:** _702 Paul For St_

**City, State & Zip:** _Baker, La 70714_

**Agent (if applicable):** _____

**F I L E D**
Marilyn Burgess
District Clerk

APR 07 2022

Time: _4:31 PM_
Harris County, Texas
By _I-Collins_
Deputy I-Collins

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** *(check one)*:
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney  at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [ ] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents.
  Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name _Crystal Moore_  Bar # or ID _23323176_

Mailing Address: _5718 Fairview Forest Dr. Houston, Tx 77088_

Phone Number: _832-974-3645_



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**FILED**
Marilyn Burgess
District Clerk

APR 07 2022

Time: _4:31 PM_

Harris County, Texas

By _I. Collins_

Deputy

**CASE NUMBER:** 2 0 2 2  2 1 2 6 2   Request for Issuance of Service
**CURRENT COURT:** _269th_

Name(s) of Documents to be served: _____

**FILE DATE:** _03-07-22_  Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** _Casey Family Programs_

**Address of Service:** _2001 8th Ave Suite 2700 ~~Seattle, Wa 98121~~_

**City, State & Zip:** _Seattle, Wa 98121_

**Agent (if applicable)** _____

## TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [ ] **E-Issuance by District Clerk** (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _Crystal Moore_ Bar # or ID _23323176_

**Mailing Address:** _5718 Fairview Forest Dr Houston Tx 77088_

**Phone Number:** _____

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2022 21262       **CURRENT COURT:** 269th

Request for Issuance of Service

Name(s) of Documents to be served: _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Dorothy Ledoux

**Address of Service:** 3760 Edgemont Dr

**City, State & Zip:** Baton Rouge, LA 70814

**Agent (if applicable)** _____

**F I L E D**
Marilyn Burgess
District Clerk
APR 07 2022
Time: 4:30 pm
Harris County, Texas
By_____
Deputy Iris Collins

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | |
|---|---|
| ☐ Citation   ☐ Citation by Posting | ☐ **Citation by Publication**   ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | **Newspaper**_____ |
| ☐ **Temporary Restraining Order** | ☐ **Precept**   ☐ **Notice** |
| ☐ **Protective Order** | |
| ☐ **Secretary of State Citation ($12.00)** | ☐ **Capias (not an E-Issuance)**   ☐ **Attachment** |
| ☐ **Certiorari** | ☐ **Highway Commission ($12.00)** |
| ☐ **Commissioner of Insurance ($12.00)** | ☐ **Hague Convention ($16.00)**   ☐ **Garnishment** |
| ☐ **Habeas Corpus** | ☐ **Injunction**   ☐ **Sequestration** |
| ☐ **Subpoena** | |
| ☐ **Other (Please Describe)** _____ | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
☐ **ATTORNEY PICK-UP (phone)** _____   ☐ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____       **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                                 *Note:* The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**           used to retrieve the E-Issuance Service Documents.
                                                 Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER - Authorized Person to Pick-up:** _____   Phone: _____

☐ **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Crystal Moore   Bar # or ID 23323176

Mailing Address: 5718 Fairview Forest Dr   Houston, TX 77088

Phone Number: 832-994-3645

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request for Issuance of Service**

**CASE NUMBER:** 2022 21262    **CURRENT COURT:** 269th

**Name(s) of Documents to be served:** _____

**FILE DATE:** _____ Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** Gloria Cooper

**Address of Service:** 7323 Athlone Dr

**City, State & Zip:** Houston, Tx 77088

**Agent (if applicable)** _____

**F I L E D**
Marilyn Burgess
District Clerk

APR 07 2022

Time: 4:31 pm
Harris County, Texas
By I Collins
Deputy Iris Collins

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (*check one*):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] E-Issuance by District Clerk
- [ ] MAIL to attorney   at: _____
- (No Service Copy Fees Charged)
- [✓] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____

- [ ] OTHER, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Crystal Moore  Bar # or ID 23323176

**Mailing Address:** 5718 Fairview Forest Drive

**Phone Number:** 832-994-3645



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**CASE NUMBER:** 2 0 2 2   2 1 2 6 2   **Request for Issuance of Service**
**CURRENT COURT:** 269th

Name(s) of Documents to be served: _____

**FILE DATE:** 03-07-22   Month/Day/Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** State of Louisiana

**F I L E D**
Marilyn Burgess
District Clerk

Address of Service: 777 Florida Street

City, State & Zip: Baton Rouge, LA 70801

APR 07 2022
Time: 4:31 pm
Harris County, Texas
By: T. Collins
Deputy Cortez

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [ ] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
  Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (check one):**
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **MAIL to attorney   at:** _____
- [ ] **CONSTABLE**
- [ ] **CERTIFIED MAIL by District Clerk**
- [ ] **E-Issuance by District Clerk**
  **(No Service Copy Fees Charged)**
  *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents.
  Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: Crystal Moore   Bar # or ID 23323176

Mailing Address: 5718 Fairview Forest Dr. Houston Tx 77088

Phone Number: 832-994-3645

P. 2

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: **2022 21262**
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: Crystal Moore
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: The State of Louisiana,
*(Print first and last name of the person being sued.)*

The Casey Family Program, Gloria Cooper, Dorothy Ledoux, and Diane Jones

In the 269 Court Number

*(check one):*
- [X] District Court
- [ ] County Court / County Court at Law
- [ ] Justice Court

County _____ Texas

**FILED**
Marilyn Burgess
District Clerk

**Statement of Inability to Afford Payment of Court Costs or an Appeal Bond**

APR 07 2022

Time: 4:30 PM

Harris County, Texas

By I. Collins
Deputy

**1. Your Information**

My full legal name is: Crystal Annette Moore       My date of birth is: 05 / 04 / 18
First        Middle        Last                              Month/Day/Year

My address is: *(Home)* 5718 Fairview Forest Drive
*(Mailing)* Houston Texas 77088

My phone number: 832-994-3645 My email: Crystalmoore2011@ychoo.com

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | Mauricia Basts | 16 | daughter |
| 2 | Pedro Moore | 12 | son |
| 3 | Ava Jones | 03 | daughter |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**2. Are you represented by Legal Aid?**

- [ ] I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

- [ ] I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

- [X] I am not represented by legal aid. I did not apply for representation by legal aid.

**3. Do you receive public benefits?**

- [ ] I do not receive needs-based public benefits. **- or -**
- [ ] I receive these **public benefits/government entitlements** that are based on indigency:
  *(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
  - [ ] Food stamps/SNAP
  - [ ] TANF
  - [X] Medicaid
  - [ ] CHIP
  - [X] SSI
  - [X] WIC
  - [ ] AABD
  - [ ] Public Housing or Section 8 Housing
  - [ ] Low-Income Energy Assistance
  - [ ] Emergency Assistance
  - [X] Telephone Lifeline
  - [ ] Community Care via DADS
  - [ ] LIS in Medicare ("Extra Help")
  - [ ] Needs-based VA Pension
  - [ ] Child Care Assistance under Child Care and Development Block Grant
  - [ ] County Assistance, County Health Care, or General Assistance (GA)
  - [ ] Other: _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                                    Page 1 of 2

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _Ø_ in monthly wages. I work as a _____ for _____.
Your job title            Your employer

$ _Ø_ in monthly unemployment. I have been unemployed since *(date)* _____

$ _Ø_ in public benefits per month.

$ _Ø_ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _963.00_ from ☐ Retirement/Pension   ☐ Tips, bonuses   ☑ Disability   ☐ Worker's Comp
☑ Social Security   ☐ Military Housing   ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ _Ø_ from other jobs/sources of income. *(Describe)* _____

$ _963.00_ is my **total monthly** income.

**5. What is the value of your property?**

"My **property** includes:                    Value*

| | |
|---|---|
| Cash | $ Ø |
| Bank accounts, other financial assets | $ Ø |
| _____ | $ Ø |
| _____ | $ Ø |
| _____ | $ Ø |
| Vehicles (cars, boats) *(make and year)* | |
| _____ | $ Ø |
| _____ | $ Ø |
| _____ | $ Ø |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $ Ø |
| _____ | $ Ø |
| _____ | $ Ø |
| ***Total* value of property** → | $ Ø |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:                    **Amount**

| | |
|---|---|
| Rent/house payments/maintenance | $ 460.00 |
| Food and household supplies | $ 200.00 |
| Utilities and telephone | $ 60.00 |
| Clothing and laundry | $ 40.00 |
| Medical and dental expenses | $ Ø |
| Insurance (life, health, auto, etc.) | $ Ø |
| School and child care | $ 200.00 |
| Transportation, auto repair, gas | $ 7.25 |
| Child / spousal support | $ Ø |
| Wages withheld by court order | $ Ø |
| Debt payments paid to: *(List)* | $ Ø |
| | $ Ø |
| | $ Ø |
| | $ Ø |
| ***Total* Monthly Expenses** → | $ Ø |

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _Disabled_
_____
_____

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:

☑ I cannot afford to pay court costs.

☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Crystal Moore_. My date of birth is: _05 / 04 / 82_

My address is _5718 Fairview Forest Dr Houston TX 77088 Harris_
Street            City            State            Zip Code       Country

_____ signed on _04 / 06 / 22_ in _Harris_ County, _TX_
Signature            Month/Day/Year            county name            State

2022-21262



2022 21262

04-11-22

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$          APR 1 1 2022    3.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage
$

Total

Sent
Alice D Jones
Street
702 PAULFOR ST
City, State
BAKER, LA 70714

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Marilyn Burgess
District Clerk

Postmark
Here
APR 1 1 2022

S.A.M. HOUSTON CARRIER
HOUSTON, TEXAS 77002

7016 1370 0001 2031 7258

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

2022-21262

04-11-22



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.46
Total Postage
$ 8.76

Sent To
Street and Apt.
City, State, ZIP+4

Casey Family Programs
2001 8TH AVE SUITE 2700
SEATTLE, WA 98121

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

APR 11 2022
Marilyn Burgess
District Clerk

Postmark
Here
APR 11 2022
HOUSTON, TEXAS 77002

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

2022-21262



04-11-22

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

2022-21262



2022-21262

04-11-22

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.75    APR 11 2022

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Marilyn Burgess
District Clerk

Postmark
Here
APR 11 2022
SAM HOUSTON CARRIER
HOUSTON, TEXAS 77002

Postage
$ 1.0

Total Post
$ 5.76

Sent To
STATE OF LOUISIANA
Street and
777 FLORIDA ST
City, State
BATON ROUGE, LA 70801

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0001 2002 7210

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

P. 2

CAUSE NO. 202221262

RECEIPT NO. 30546          75.00      CTM
   **********         TR # 73993060

PLAINTIFF: MOORE, CRYSTAL                    In The   269th
        vs.                                  Judicial District Court
DEFENDANT: STATE OF LOUISIANA (THE)          of Harris County, Texas
                                             269TH DISTRICT COURT
                                             Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: STATE OF LOUISIANA

    777 FLORIDA ST   BATON ROUGE LA  70801

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION


This instrument was filed on the 7th day of April, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and
seal of said Court.


Issued at request of:                   MARILYN BURGESS, District Clerk
MOORE, CRYSTAL                          Harris County, Texas
5718 FAIRVIEW FOREST DR                 201 Caroline, Houston, Texas 77002
HOSUTON, TX  77088                      (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1                              Generated By: COLLINS, IRIS TROISHA
                                        IKS/11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:


_____        _____

                                     ADDRESS

_____        Service was executed in accordance with Rule 106
(a) ADDRESSEE                           (2) TRCP, upon the Defendant as evidenced by the
                                        return receipt incorporated herein and attached
                                        hereto at

CAUSE NO.   202221262

RECEIPT NO.   30546                              75.00          CTM
\*\*\*\*\*\*\*\*\*\*                              TR # 73993060

PLAINTIFF: MOORE, CRYSTAL                        In The    269th
        vs.                                      Judicial District Court
DEFENDANT: STATE OF LOUISIANA (THE)              of Harris County, Texas
                                                 269TH DISTRICT COURT
                                                 Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: STATE OF LOUISIANA

    777  FLORIDA ST    BATON ROUGE  LA  70801

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 7th day of April, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and
seal of said Court.

Issued at request of:                            MARILYN BURGESS, District Clerk
MOORE, CRYSTAL                                   Harris County, Texas
5718 FAIRVIEW FOREST DR                          201 Caroline, Houston, Texas 77002
HOSUTON, TX  77088                               (P.O. Box 4651, Houston, Texas 77210)

Bar No.:  1                                       Generated By: COLLINS, IRIS TROISHA
                                                 IKS//11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy  of  this  citation  together  with  an  attached  copy  of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          ADDRESS

_____          Service was executed in accordance with Rule 106
(a)ADDRESSEE                                  (2) TRCP, upon the Defendant as evidenced by the
                                              return receipt incorporated herein and attached
                                              hereto at

P. 2

CAUSE NO. 202221262

RECEIPT NO. 30546                          75.00        CTM
                **********                TR # 73993059

PLAINTIFF: MOORE, CRYSTAL                In The    269th
                vs.                      Judicial District Court
DEFENDANT: STATE OF LOUISIANA (THE)      of Harris County, Texas
                                         269TH DISTRICT COURT
                                         Houston, TX

                        CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris


TO: CASEY FAMILY PROGRAMS

    2001 8TH AVE SUITE 2700    SEATTLE WA 98121

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION


This instrument was filed on the 7th day of April, 2022, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.
TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and
seal of said Court.


Issued at request of:                    MARILYN BURGESS, District Clerk
MOORE, CRYSTAL                           Harris County, Texas
5718 FAIRVIEW FOREST DR                  201 Caroline, Houston, Texas 77002
HOSUTON, TX 77088                        (P.O. Box 4651, Houston, Texas 77210)

Bar No.: 1                               Generated By: COLLINS, IRIS TROISHA
                                         IKSX/11987932

                    CLERK'S RETURN BY MAILING
Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:


_____          _____
                                       ADDRESS

_____          Service was executed in accordance with Rule 106
(a) ADDRESSEE                          (2) TRCP, upon the Defendant as evidenced by the
                                          return receipt incorporated herein and attached
                                          hereto at

1014 1370 0001 2031 7234

CAUSE NO. 202221262

RECEIPT NO. 30546                        75.00        CTM
            **********                   TR # 73993059

| | |
|---|---|
| PLAINTIFF: MOORE, CRYSTAL<br>              vs.<br>DEFENDANT: STATE OF LOUISIANA (THE) | In The    269th<br>Judicial District Court<br>of Harris County, Texas<br>269TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: CASEY FAMILY PROGRAMS

    2001  8TH AVE SUITE 2700    SEATTLE  WA  98121

    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>7th day of April, 2022</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and seal of said Court.

Issued at request of:
MOORE, CRYSTAL
5718 FAIRVIEW FOREST DR
HOSUTON, TX  77088

Bar No.: 1

[seal: DISTRICT COURT OF HARRIS COUNTY TEXAS]

_Marilyn Burgess_
MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA
IKS//11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

(a)ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
    (2) TRCP, upon the Defendant as evidenced by the
    return receipt incorporated herein and attached
    hereto at

P. 2

CAUSE NO. 202221262

RECEIPT NO. 30546

\*\*\*\*\*\*\*\*\*\*

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH PLEADING.
0.00       CTM
TR # 73993052

PLAINTIFF: MOORE, CRYSTAL
vs.
DEFENDANT: STATE OF LOUISIANA (THE)

In The   269th
Judicial District Court
of Harris County, Texas
269TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LEDOUX, DORTHY

3760 EDGEMONT DR   BATON ROUGE  LA  70814

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 7th day of April, 2022, in the above cited cause number and court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and seal of said Court.

Issued at request of:
MOORE, CRYSTAL
5718 FAIRVIEW FOREST DR
HOSUTON, TX  77088

Bar No.: 1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA
IKB//11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION to the following addressee at address:

_____

_____

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
   (2) TRCP, upon the Defendant as evidenced by the
   return receipt incorporated herein and attached
   hereto at

CAUSE NO.  202221262

RECEIPT NO.  30546

********

AFFIDAVIT OF INABILITY
TO PAY COST FILED WITH PLEADING.

0.00        CTM

TR # 73993052

PLAINTIFF: MOORE, CRYSTAL
vs.
DEFENDANT: STATE OF LOUISIANA (THE)

In The   269th
Judicial District Court
of Harris County, Texas
269TH DISTRICT COURT
Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: LEDOUX, DORTHY

   3760  EDGEMONT DR   BATON ROUGE  LA  70814

   Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>7th day of April, 2022</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you. In addition to filing a written answer with the
clerk, you may be required to make initial disclosures to the other parties of this suit. These
disclosures generally must be made no later than 30 days after you file your answer with the
clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and
seal of said Court.

Issued at request of:
MOORE, CRYSTAL
5718  FAIRVIEW FOREST DR
HOSUTON, TX  77088

Bar No.:  1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA
IKS//11987932

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by
mailing to Defendant certified mail, return receipt requested, restricted delivery, a true
copy   of   this   citation   together   with   an   attached   copy   of
PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____

_____

(a) ADDRESSEE

ADDRESS

Service was executed in accordance with Rule 106
(2) TRCP, upon the Defendant as evidenced by the
return receipt incorporated herein and attached
hereto at

*1016   1370   0001   2031   9258*

P.2

CAUSE NO.   202221262

RECEIPT NO.   30546                    75.00      CTM
********                         TR # 73993045

| | |
|---|---|
| PLAINTIFF: MOORE, CRYSTAL<br>vs.<br>DEFENDANT: STATE OF LOUISIANA (THE) | In The   269th<br>Judicial District Court<br>of Harris County, Texas<br>269TH DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris


TO: JONES, ALICE DIANE

   702  PAULFOR ST   BAKER  LA  70714

   Attached is a copy of PLAINTIFF'S ORIGINAL PETITION


This instrument was filed on the 7th day of April, 2022, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and seal of said Court.


Issued at request of:
MOORE, CRYSTAL
5718 FAIRVIEW FOREST DR
HOSUTON, TX  77088

Bar No.: 1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA
IKS//11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____              _____

                                        ADDRESS

_____              Service was executed in accordance with Rule 106
(a) ADDRESSEE                              (2) TRCP, upon the Defendant as evidenced by the
                                           return receipt incorporated herein and attached
                                           hereto at

CAUSE NO. 202221262

RECEIPT NO. 30546                    75.00        CTM
********                   TR # 73993045

PLAINTIFF: MOORE, CRYSTAL                    | In The    269th
                    vs.                      | Judicial District Court
DEFENDANT: STATE OF LOUISIANA (THE)          | of Harris County, Texas
                                             | 269TH DISTRICT COURT
                                             | Houston, TX

CITATION (CERTIFIED)

THE STATE OF TEXAS
County of Harris

TO: JONES, ALICE DIANE

    702 PAULFOR ST   BAKER  LA  70714

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 7th day of April, 2022, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO OFFICER SERVING:
    This citation was issued on 8th day of April, 2022, under my hand and seal of said Court.

Issued at request of:
MOORE, CRYSTAL
5718 FAIRVIEW FOREST DR
HOSUTON, TX  77088

Bar No.: 1

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

Generated By: COLLINS, IRIS TROISHA
IKS//11987932

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of PLAINTIFF'S ORIGINAL PETITION
to the following addressee at address:

_____          ADDRESS

_____          Service was executed in accordance with Rule 106
(a)ADDRESSEE                                (2) TRCP, upon the Defendant as evidenced by the
                                            return receipt incorporated herein and attached
                                            hereto at

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Casey Family Programs**
**2001 8TH AVE SUITE 2700**
**SEATTLE, WA 98121**

9590 9402 2307 6225 7402 28

2. Article Number *(Transfer from service label)*

7016 1370 0001 2031 7234

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
4-18-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2022-21262

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging.

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       2022-21262       Domestic Return Receipt



USPS TRACKING #

9590 9402 2307 6225 7402 28

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**MARILYN BURGESS, DISTRICT CLERK**
**HARRIS COUNTY, TEXAS**
**CIVIL** INTAKE
**P.O.** BOX 4651
**HOUSTON, TEXAS 77210**

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dorthy Ledoux
3760 EDGEMONT DR
BATON ROUGE, LA 70814

9590 9402 2307 6225 7402 59

2. Article Number *(Transfer from service label)*

7016 1370 0001 2031 7241

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X Dorothy Ledoux   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
   Dorthy Ledoux   4/13/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   2022-21762   Domestic Return Receipt



USPS TRACKING #

BATON ROUGE LA 707

03 APR 2022 PM 1 L

9590 9402 2307 6225 7402 59

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

22 APR 20 AM 8: 57

BY_____

• Sender: Please print your name, address, and ZIP+4® in this box•

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

2022 21262

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**STATE OF LOUISIANA**
**777 FLORIDA ST**
**BATON ROUGE, LA 70801**

9590 9402 2307 6225 7402 35

2. Article Number (Transfer from service label)

7016 1370 0001 2091 7210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

4/13/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

269

PS Form 3811, July 2015 PSN 7530-02-000-9053     2022 - 21262     Domestic Return Receipt

USPS TRACKING #

BATON ROUGE LA 707

14 APR 2022 PM 1 L

9590 9402 2307 6225 7402 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



United States
Postal Service

FILED
MARILYN BURGESS
DISTRICT CLERK
HARRIS COUNTY, TEXAS

22 APR 26  AM 10: 18

BY_____

• Sender: Please print your name, address, and ZIP+4® in this box•

MARILYN BURGESS, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

**FILED**
Marilyn Burges
District Clerk

P4

JUN 2 4 2022

Time: _____

By _____
Harris County, Texas
Deputy

Harris County
{ Civil court}

No. { 2022 21262}

| | | |
|---|---|---|
| { Crystal Moore } , | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | OF { Harris}   COUNTY, TEXAS |
| | § | |
| | § | |
| Defendant. { The State Of Louisiana, The Casey Family Program, Gloria cooper, Dorothy Ledoux, and Alice Diane Jones} | § | { 269th Civil}   JUDICIAL DISTRICT |

{ Harris county court house}

No. { 2022 21262}

IN THE COUNTY COURT

OF { Harris}   COUNTY, TEXAS

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

PLAINTIFF'S AMENDED PETITION

Plaintiff, { *CRYSTAL MOORE*} , files this amended petition against defendants, { *THE STATE OF LOUISISANA,THE CASEY FAMILY PROGRAM,GLORIA COOPER,DOROTHY LEDOUX,AND ALICE DIANE JONES*} , and alleges as follows:

**DISCOVERY**-Plaintiff intends to conduct discovery under Level 1 of Texas Rule of Civil Procedure 190.2 and affirmatively pleads that this suit is governed by the expedited-actions process in Texas Rule of Civil Procedure 169.

The listed defendants Gloria Cooper, Alice Diane Jones, Dorothy Ledoux Illegally removed Crystal Moore and Ten of her Siblings from parents Wilbert Moore and Sherlynn Moore in 1991 Two years after the death of Sherlynn Moore so they were able to Defraud the State of Louisiana, The adoption agency The Casey Family program, and control the children's Inheritance from Sherlynn Ventress Moore.In 1991 the children were Illegally placed in The Casey Family Program after the three listed defendants Gloria Cooper, Dorothy Ledoux, and Alice Diane Jones only had a petition filed to have visitation of the children on the weekend which stated Do Not give the three listed defendants Gloria Cooper, Dorothy Ledoux, and Alice Diane Jones custody of listed plaintiff Crystal Moore. Refer to Exhibit 1A. The Casey Family Program and The State Of Louisiana failed to adequately supervise and monitor the care of Crystal Moore whom was placed in Several different Schooling, Group homes, and Boarding schools without proper medical care, which she has requested for over Ten years refer to Exhibit 1B. The State Of Louisiana and The Casey Family Program also did not inform a proper emancipation or release of the listed adopted child who was placed on her own in 1999 at the age of 17.

**CLAIM FOR RELIEF**

2. Plaintiff seeks monetary relief over $250,000 but not more than $1,000,000. { Tex. R. Civ. P. 47(c)(3).}

**PARTIES**

3. { *Plaintiff*} **Crystal Moore**

4. { **Defendant** } **The State Of Louisiana, The Casey Family Program, Gloria Cooper, Dorothy Ledoux, Alice Diane Jones**

**JURISDICTION**
**Harris County**

**VENUE**

*6.{ Plead venue Harris County }*

**FACTS**

7. On {January 11, 1994} , at { *East Baton Rouge Parish Court*} , { East} Baton Rouge, La{ The State Of Louisiana issued The Casey Family Program, custody of The Listed Minors Crystal Moore, Troy Moore, Sedrick Moore, Brittany Moore, and Melissa Moore Under False Representation, Illegal and False Adoption Paperwork Provided From Gloria Cooper, Dorothy Ledoux, and Alice Diane Jones, which resulted in the Physical, Emotional, Educational, and Medical neglect of all listed children.

**COUNT 1{ MEDICAL, EDUCATIONAL NEGLECT}**

**Disabled {Legally Blind} Crystal Moore Due to Medical Neglect**

10. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court in the amount of $1,000,000 { *See* Tex. R. Civ. P. 47(b); *"Damages,"* **O'Connor's Texas Rules * Civil Trials**, ch. 2-B, § 9 (2022 ed.).}

**11. Exemplary damages.**

Plaintiff's injury resulted from defendant's gross negligence, malice, or fraud, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a). { Crystal Moore is legally blind due to her having an eye condition Keratoconus which is an eye condition she was born with which resulted in her being legally disabled and blind for the rest of her life that she was not informed of and could've been prevented if the listed defendants would have given her proper medical treatment and proper management of Crystal's funds that were received from social security, the adoption agency The Casey Family Program , and her inheritance from her mother Sherlynn Moore.

**12. Attorney fees.**

Plaintiff is Requesting All Court And Attorney Fees To Be Paid By Listed Defendants
{ *ADD PARAGRAPHS 13-17 AS APPROPRIATE*}

**COUNT 2—{ *Mismanagement Of Funds And Welfare Of Listed Plaintiff*}**

**EQUITABLE RELIEF**

14. Plaintiff seeks { *$1,000,000*} . { Crystal Moore has had to pay medical bills ,as well as have two cornea transplant surgeries .In the amount of $36,000 and will continue to have to make payments monthly due to medical neglect.}

**JURY DEMAND**

15. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

**CONDITIONS PRECEDENT**

16. All conditions precedent to plaintiff's claim for relief have been performed or have occurred

**OBJECTION TO ASSOCIATE JUDGE**

17. Plaintiff objects to the referral of this case to an associate judge for hearing a trial on the merits or presiding at a jury trial.

**PRAYER**

18. For these reasons, plaintiff asks that the Court issue citation for defendant to appear and answer, and that plaintiff be awarded a judgment against defendant for the following:

a. Actual damages

b. Pain and Suffering

c. Prejudgement and postjudgement interest.

d. Court costs

e. All other relief to which plaintiff is entitled.

Crystal Moore

Crystal Moore

832-994-3645

Crystal Moore2011@yahoo.com

5718 Fairview Forest Dr.

Houston, Texas 77088

Exhibit 1A

P4

EDITH ELIZABETH VENTRESS,  
ALICE DIANE VENTRESS JONES,  
LEON VENTRESS, GLORIA VENTRESS  
COOPER, DOROTHY VENTRESS LEDOUX,  
DAVID VENTRESS AND ERIC VENTRESS

NUMBER 39,350 DIV B

18TH JUDICIAL DISTRICT COURT

VERSUS

PARISH OF IBERVILLE

WILBERT E. MOORE

STATE OF LOUISIANA

## PETITION FOR CUSTODY

The petition of Edith Elizabeth Ventress and Eric Ventress, both residents and domiciliaries of the full age of majority of the Parish of Iberville, Alice Diane Ventress Jones and Dorothy Ventress LeDoux, both residents of the full age of majority of the Parish of East Baton Rouge, Leon Ventress, a resident of the full age of majority of the Parish of St. Tammany, Gloria Ventress, a resident of the full age of majority of Houston County, Texas, and David Ventress, a resident of the full age of majority of the Parish of LaFourche, with respect represents that:

1.

Petitioner Edith Elizabeth Ventress is the maternal grandmother of the eleven minor children, listed below, who are the subject of this custody suit, and the remaining petitioners are the maternal uncles and aunts of said minor children.

2.

Defendant Wilbert E. Moore is a resident and domiciliary of the full age of majority of the Parish of Calcasieu, residing at 871 A Von Blonde, Lake Charles, Louisiana.

3.

Defendant Wilbert E. Moore was previously married to Sherlyn

5.

The children of Wilbert and Sherlyn Moore are listed as follows:

    Derek Moore, age 16
    Chantelle Moore, age 14
    Germaine Moore, age 13
    Stacey Moore, age 12
    Andre Moore, age 11
    Troy Moore, age 10
    Crystal Moore, age 8
    Cedric Moore, age 7
    Chris Moore, age 6
    Brittany Moore, age 3
    Melissa Moore, age 2

6.

Since Sherlyn Ventress Moore's death, Wilbert E. Moore has exhibited violent behavior and actions toward the children, becoming intoxicated on regular and numerous occasions, inflicting excessive and abusive physical pain and suffering upon the children, all causing disruption in his relationship to his children, resulting in the present living arrangements of the minor children as set forth below.

7.

Prior to the beginning of the 1990-1991 school year, Wilbert E. Moore voluntarily granted temporary custody of Chantelle (age 14) and Andre (age 11) to their maternal grandmother, Edith Elizabeth Ventress, in Maringouin, Louisiana, and the children have enrolled in school and have been residing in Iberville Parish since that time and continue to do so since that date, with Chantelle attending Shady Grove High School and Andre attending Thomas Levy School.  Further, due to an altercation which occurred within the past two weeks, Wilbert E. Moore voluntarily allowed Melissa (age

the understanding that they would be enrolled in school in St. Tammany Parish, which living arrangements continue through this date.

9.

Presently the remaining five minor children are in the care, custody and control of defendant Wilbert Moore in Calcasieu Parish at his residence of 871 A Von Blonde, Lake Charles, Louisiana.

10.

Petitioners inform the court that it is dangerous and detrimental to the minor childrens' best interest to remain in the care, custody and control of their father, Wilbert E. Moore, in that he constantly and excessively physically abuses the children, constantly and regularly becomes intoxicated, which, on most occasions, leads to verbal and physical abuse toward the children, resulting in a dangerous environment in which to leave said children.

11.

The children who are in the present custody of Edith Elizabeth Ventress and Leon Ventress have unequivocally advised the undersigned attorney that all allegations set forth above are true and correct, and that they will so inform the court of their request to be placed in the permanent custody of petitioners.

12.

Based on the above allegations, facts and circumstances, petitioners show that it is in the best interest of the children in the present custody of Edith Elizabeth Ventress and Leon Ventress to remain in their custody until the court can conduct a

13.

Petitioners further request a rule nisi issue directed to defendant Wilbert E. Moore ordering him to appear and show cause why (a) the permanent care, custody and control of the minor children residing with Edith Elizabeth Ventress and Leon Ventress should not be granted to them, and (b) why the permanent care, custody and control of the remaining five children should not also be granted to petitioners.

WHEREFORE, petitioners pray for service and citation upon defendant Wilbert E. Moore, and after due proceedings had, that judgment be rendered herein in favor of petitioners and against defendant Wilbert E. Moore granting petitioners permanent custody of all eleven children of Wilbert E. and Sherlyn Moore.

Petitioners further pray that the court grant an immediate order of temporary custody in favor of Edith Elizabeth Ventress for the minor children Melissa, Brittany, Chantelle and Andre Moore and in favor of Leon Ventress for the minor children Derek and Germaine Moore and that a rule nisi issue directing Wilbert E. More to appear and show cause, on a date and time set by this court, why:

   a)   Permanent custody of the children presently in the care
        and control of petitioners should not be awarded to
        petitioners; and

   b)   Permanent custody of the remaining five children should
        not be awarded to petitioners.

By Attorneys:

RICHE & WALL

*Exhibit 1 B.*



**casey** family programs

fostering families. fostering change.

March 1, 2012

Via UPS

Crystal A. Moore
6503 Inwood West Drive
Houston, TX 77088

Re: Records Request

Dear Crystal :

Enclosed please find a copy of materials from your case file as requested. Although we are
unable to release third party information, including medical records given to us by the service
provider, I did make a list of the providers in your file, along with their contact information for
you to contact them directly. If you would like to participate in a review of your case record,
we conduct file reviews in any of our locations in the presence of a social work professional
to ensure alignment with Council on Accreditation Standards. If you do not reside near a
Casey Family Programs office, we can arrange for a review by telephone with a clinical staff
member. If you would like to exercise one of these opportunities, please let us know and we
will assist in making those arrangements.

If you have any additional questions, please feel free to call.

Very truly yours,

Tracey Lightburn
Records Assistant

2001 Eighth Avenue, Suite 2700, Seattle, WA 98121
phone 206.282.7300 www.casey.org

Iberville Parish Assessor
Randy Sexton
P.O. Box 697
Plaquemine, LA 70765-0697

*p2*

# 2022 PARCEL LISTING

Parcel#0901129000

**OWNER**
VENTRESS, GILBERT
C/O ALICE JONES
02 PAULFOR ST
BAKER, LA  70714-0000

---

**PARCEL# 0901129000**

| Parcel Number | Parcel Type | Ward | Physical Address | Map Number |
|---|---|---|---|---|
| 0901129000 | REAL PROPERTY | W 9 | 13145 HWY 76 | |

**ITEMS- PARCEL#0901129000**

| Description | Assessed Value | Homestead Value | Market Value | Units | HS Units |
|---|---|---|---|---|---|
| 1 21 MNFCT HOUSING | 660 | | 6,600 | 1.00 | 0.00 |
| 2 19 COUNTRY LOT | 570 | | 5,700 | 1.00 | 0.00 |
| 13145 HWY 76 | | | | | |
| **Item Totals** | **1,230** | | **12,300** | **2.00** | **0.00** |

---

**LEGAL DESCRIPTION- PARCEL#0901129000**
LOT SW CORNER LOT OR TR FR BAYOU MARING.
///CB 184 E 298

NOTES:
ACQ DAVID M DANDRIDGE 1969 DONATION
CB171E44  50'X100'

---

**CURRENT OWNERSHIP**

| HS | Owner Name | Primary | % Owned | % Tax | From |
|---|---|---|---|---|---|
| NO | VENTRESS, GILBERT | YES | 100.0000 | 100.0000 | 06/07/2005 |

 Exhibit 1d

## State of Colorado
### Department of Education
# High School Equivalency Diploma

*This is to certify that*   CRYSTAL A MOORE

*has satisfactorily completed comprehensive tests selected by the Commissioner of Education for determining general educational achievement equivalent to high school graduation, and is therefore awarded the Colorado High School Equivalency Diploma.*

19995788

**Number**



JULY 20, 1999

**Date**

William J. Moloney
Commissioner of Education
State of Colorado

Exhibit E



0507 36 64 4
MOORE, CRYSTAL
F B 5/4/1982

050736644

---

**ZEISS**
moore, crystal
050736644
5/4/1982

BT EYE    **Overview**

### Axial Curvature — OS

Standard palette
Uniform

12/3/2020
3:32:50 PM



| | |
|---|---|
| Steep K | 52.05 D @ 136 |
| Flat K | 50.30 D @ 46 |
| Astigmatism | 1.75 D |
| Q | 0.23 |
| Shape Factor | -0.23 |
| 0 mm ring | 51.17 D |
| 1 mm ring | 50.94 D |
| 2 mm ring | 50.81 D |
| 3 mm ring | 51.12 D |
| 4 mm ring | 51.53 D |

67 65 63 61 59 57 55 53 51 49 47 45 1 D

N    T

ATLAS Operator / DANIEL OSORIO OA

### Tangential Curvature — OS

Standard palette
Uniform

12/3/2020
3:32:50 PM



| | |
|---|---|
| Steep K | 52.05 D @ 136 |
| Flat K | 50.30 D @ 46 |
| Astigmatism | 1.75 D |
| Shape Factor | -0.23 |

67 65 63 61 59 57 55 53 51 49 47 45 1 D

N    T

ATLAS Operator / DANIEL OSORIO OA

### Keratometry — OS

12/3/2020
3:32:50 PM

Sim Ks (3 mm)
52.05 D (6.48 mm) @ 136
50.30 D (6.71 mm) @ 46

Total astigmatism 1.75 D

Central (0-3 mm)
52.72 D (6.40 mm) @ 340
52.53 D (6.42 mm) @ 132
49.52 D (6.82 mm) @ 214
49.28 D (6.85 mm) @ 64

Midperiphery (3-6 mm)
54.42 D (6.20 mm) @ 334
52.03 D (6.49 mm) @ 120
49.90 D (6.76 mm) @ 186
50.78 D (6.65 mm) @ 46

Periphery (6-9 mm)
57.54 D (5.87 mm) @ 304
49.73 D (6.79 mm) @ 150
48.95 D (6.89 mm) @ 202
52.70 D (6.40 mm) @ 18

ATLAS Operator / DANIEL OSORIO OA

### Rings Image — OS

12/3/2020
3:32:50 PM



| | |
|---|---|
| Pup. diam | 7.7 mm |
| HVID | 11.7 mm |

N    T

ATLAS Operator / DANIEL OSORIO OA

(c) 2009 CARL ZEISS MEDITEC    ATLAS    Revision 3.0.0.39

Thursday, December 03, 2020    3:33:26 PM

Exhibit F

**HARRISHEALTH**
SYSTEM

BEN TAUB GENERAL HOSPITAL
BT OPHTHALMOLOGY
5TH FLOOR BT TOWER
1504 TAUB LOOP
HOUSTON TX 77030
713-873-3690

1/12/2021

Crystal Moore has been under my care on 1/12. She has a condition in both eyes called Keratoconus, which is a corneal disorder which causes decreased vision, eye redness and pain. In the right eye, she has very poor vision. She has had corneal transplants in both eyes, which require regular administration of eye drops. She currently needs to administer eye drops 4x/day in the right eye, and one time a day in the left eye, and will require some time during her work in which she is able to apply these eye drops to prevent transplant rejection.

She may need sunglasses or shades due to eye pain, and may need to present to the emergency room for sudden decrease in vision, significant redness, and severe pain in her eyes.

**She may return to work on Monday, 1/18/2021, and no earlier than this.**

Iyza F Baig, ResidentMD

Author: Iyza F Baig, ResidentMD   1/12/2021   11:59 AM